[No. 72766-4-I.   Division One.   March 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLENE EVA PRATT, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-1-00695-0, Stephen M. Warning, J., entered August 15, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Trickey, J., concurred in by Appelwick and Leach, JJ.

[No. 72833-4-I.   Division One.   March 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAIAH STEVEN SUMMERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-04268-5, Linda CJ Lee, J., entered September 6, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Appelwick and Leach, JJ.

[No. 45011-9-II.   Division Two.   March 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY AARON GEBAROWSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-00988-2, David E. Gregerson, J., entered June 12, 2013. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.

[No. 45043-7-II.   Division Two.   March 3, 2015.]

RICHARD SORRELS ET AL., *Appellants*, v. MAVI MACFARLANE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-16925-7, Stephanie A. Arend, J., entered May 24, 2013. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Lee, JJ.